```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------
VERNITA WORRELL,

                Plaintiff,

    - against -                  22-cv-6476 (JGK)

BARACHOU, LLC, ET AL.,          ORDER

                Defendants.
-----------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 9, 2023.

SO ORDERED.

Dated:    New York, New York
         December 19, 2022

                                        _____
                                          John G. Koeltl
                                  United States District Judge